UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

PAVEL VYSOVSKY, et al.,                :

              Plaintiffs,           :        01 Civ. 2531 (LMM)

   - against -                         :        MEMORANDUM AND ORDER

PETER GLAZMAN, et al.,                 :

              Defendants.           :

------------------------------------x

McKENNA, D.J.,

       With respect to defendants' counsel's letter to the Court of May 19, 2011, and plaintiffs' counsel's letter to the Court of May 25, 2011:

       1.   Plaintiffs are to supply defendants with copies of all retainer agreements, upon receipt of this Memorandum and Order.

       2.   Defendants may have until June 17, 2011, to respond to plaintiffs' motion for attorneys' fees.

       3.   The relief requested by defendants under Fed. R. Civ. P. 58(e) is granted.

       4.   Defendants' request for a stay of enforcement of the judgment is denied.

                                          SO ORDERED.

Dated: May 26, 2011

                                          Lawrence M. McKenna
                                          U.S.D.J.

COPIES MAILED TO COUNSEL 2 6 MAY 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/2011